## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Karen Gonzalez      JOINT DEBTOR:                CASE NO.:
Last Four Digits of SS# 7613        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 86.22 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $1500  Balance Due $ 2150
    payable $ 53.75 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                  Arrearage on Petition Date $
Address:                 Arrears Payment   $         /month (Months     to     )
                         Regular Payment   $         /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Account No: xxx0181 | 851 West 77 Street,<br>Hialeah, FL 33014<br>$230,000 | 0% | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $
                     Payable   $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 23.85 /month (Months 1 to 40) and Pay $ 77.60 /month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Nationstar Mortgage LLC and will continue to pay said creditor outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                        Joint Debtor
Date: 9-17-2015                                Date:

LF-31 (rev. 01/08/10)