**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                            CASE NO.: 15-26638-RAM

KAREN GONZALEZ,                                   CHAPTER 13

DEBTOR.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     Nationstar Mortgage LLC, a secured creditor in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Federal Rule of Bankruptcy Procedure 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned, and pursuant to Federal Rule of Bankruptcy Procedure 2002(g), requests that the following be added to the Court's master mailing list:

**Marian Kennady, Esq.**
**Van Ness Law Firm, PLC**
**1239 E. Newport Center Drive, Suite 110**
**Deerfield Beach, Florida 33442**

Dated: September 29, 2015          Respectfully submitted by,

                                    VAN NESS LAW FIRM, PLC
                                    1239 E. Newport Center Drive, Suite 110
                                    Deerfield Beach, Florida 33442
                                    Phone (954) 708-2328
                                    Fax    (954) 571-4003

                                    /s/ Marian Kennady
                                    Marian Kennady, Esquire
                                    Florida Bar No.: 379580
                                    bankruptcy@vanlawfl.com

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy of the foregoing Notice of Appearance was served on September 29, 2015 by U.S. Mail or CM/ECF electronic filing on all parties in this action.

Dated: September 29, 2015               /s/ Marian Kennady
                                        Marian Kennady, Esq.
                                        Florida Bar No.: 379580