RE: _Karen Gonzalez_____    ☐ **PRO SE**    Case # _15-26638 RAM_

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✓ Tax returns: 2012 [2013] 2014 Corp 2012 2013 2014
✓ Bank Account Statements ☐ 3 months pre-petition
_#0594 (8/12 - 9/17/15)_
_#8451 (8/26 - 9/17/15)_
_____
___ Check copy
_____
✓ Explain _Transfer on 7/6 $1000_
✓ FMV(NADA/Carmax) Reg and Payoff: Vehicles
_02 M-BENZ_
✓ FMV and Payoff: Real Estate
_851 (Chase)_
___ Non homestead Information Sheet
✓ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
_____
___ Bank statements and checks ☐ 3 months
_____
_____
_____

___ Fee application (see court guideline 6)
___ Income understated _____ stubs _____ taxes
       co-debtor _____ stubs _____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address)
       and income of all adults
___ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof
_Cell Cable $400/month_
___ D/I > 100%  < 90%  Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
       ___ Tolling Agreement(s)

✓ ☐ Photo ID(s) ☑ LF 90 ☑ LF67 ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavit of _____ support _____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
___ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
                              ☐ gambling ☐ HAMP ☐ LMM/MMM
___ Plan does not fund
___ Calculation errors/improper months _____
✓ Valuation motion ☑ not filed ☐ not resolved
___ LMM/MMM motion ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
       ___ Miami-Dade County    ___ Tax Certificate(DE# ___)
       ___ Dept of Revenue              IRS
_Atty to provide addl for cred in cramdown._

☐ Notice of Filing HAMP ☐ Other_____

___ **Objection to Exemption (specifics to be filed)**
       To be heard with confirmation at 1:30 pm
___ Ch 7 s/b_____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
_____
_____
_____
☐ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other: _____
_____
_____
_____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

_**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**_ **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited.** _The debtor or debtor's attorney must appear at the confirmation hearing_ The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** _11-19-15_ **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027