# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Karen Gonzalez           JOINT DEBTOR:                              CASE NO.: 15-26638-RAM
Last Four Digits of SS# 7613           Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 86.22 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 TOTAL PAID $1500 Balance Due $ 2150
          payable $ 53.75 /month (Months 1 to 40)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                               Arrearage on Petition Date $
Address:                              Arrears Payment    $         /month (Months      to      )
                                      Regular Payment    $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | - | - | None | None | - |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None            Total Due  $
                   Payable    $         /month (Months     to     ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 23.85 /month (Months 1 to 40) and Pay $ 77.60 /month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Nationstar Mortgage LLC and will continue to pay said creditor outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                      Joint Debtor
Date: 10-23-2015                                             Date:

LF-31 (rev. 01/08/10)