# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
## FOURTH AMENDED PLAN

DEBTOR: Karen Gonzalez        JOINT DEBTOR:                              CASE NO.: 15-26638-RAM
Last Four Digits of SS# 7613        Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $ 100.92 for months  1 to  60;  in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee - $ 3650  TOTAL PAID $1500  Balance Due $ 2150
                    payable $ 89.03 /month (Months  1 to  41)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None                                       Arrearage on Petition Date  $
Address:                                       Arrears Payment       $           /month (Months        to        )
                                               Regular Payment       $           /month (Months        to        )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | - | - | None | None | - |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                    Total Due  $
                           Payable    $          /month (Months      to      ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 1.80 /month (Months 1 to  41) and Pay $ 90.83   /month (Months 42 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will pay secured creditors Nationstar Mortgage LLC (xxxx1614) and JP Morgan Chase Bank (xxxx0181) secured by 851 West 77 Street, Hialeah, FL 33014 direct and outside the plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a <u>100% payment</u> of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 03/24/2016                                     Date:

LF-31 (rev. 01/08/10)